# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAFIK VARTANPOUR,
                              Appellant,
            vs.
THE STATE OF NEVADA,
                              Respondent.

No. 80487

FILED

FEB 2 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for an order directing the district court clerk to issue a presentence investigation report to appellant. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-06973

cc: Hon. Cristina D. Silva, District Judge
Rafik Vartanpour
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk